### 3584. MILLER v. THE STATE.

POWELL, J. 1. In a prosecution for adultery, the fact that the alleged participants were, respectively, a married man and a married woman may be shown, either directly or circumstantially. The fact of the marriage may be at least prima facie shown by any of the following methods: by proof of general repute in family (Civil Code (1910), § 5764); by proof of general reputation in the community (*Drawdy* v. *Hesters*, 130 *Ga.* 161 (1), 60 S. E. 451, 15 L. R. A. (N. S.) 190; *Clark* v. *Cassidy*, 62 *Ga.* 407; *Wood* v. *State*, 62 *Ga.* 406); by proof of the fact that the man or the woman, as the case may be, lives together with a person of the opposite sex as his or her spouse, with general recognition in the community of their being married to each other. *Clark* v. *Cassidy*, supra.

2. The evidence fully supported the verdict.    *Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of adultery; from city court of Reidsville—Judge Collins. May 29, 1911.

*H. H. Elders,* for plaintiff in error.

*Robert E. De Loach, solicitor,* contra.